UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL     JS-5

| Case No. | **CV 21-1405-CBM(MRWx)** | Date | FEBRUARY 1, 2023 |
|---|---|---|---|

| Title | JB Brothers, Inc. v. Poke Bar GA Johns Creek I, LLC |
|---|---|

| Present: The Honorable | CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE |
|---|---|

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   **IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

Counsel are hereby notified that pursuant to the Judge's directive, this case is reopened. The Court hereby orders plaintiff(s) to show cause in writing on or before **FEBRUARY 13, 2023** why this action should not be dismissed for lack of prosecution as to the remaining defendants. As an alternative to a written response by plaintiff(s), the Court will consider the filing of the Notice of Dismissal of the entire case as evidence that the matter is being prosecuted diligently.

No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff(s) is due. This action will be **dismissed** if the above mentioned documents are not filed by the date indicated above. The Pretrial Conference is set for February 28, 2023 at 2:30 pm. and the Jury Trial is set for March 21, 2023 at 10am.

IT IS SO ORDERED.

cc: all parties